**E & J GALLO WINERY,**
**Plaintiff—Appellee,**

v.

**WD ENERGY SERVICES, INC.;**
**Encana Corporation,**
**Defendants,**

and

**Gibson, Dunn & Crutcher**
**LLP, Appellant.**

**No. 05–16689.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 14, 2008 *.

Filed March 19, 2008.

D. Greg Durbin, Esq., McCormick Barstow Sheppard Wayte & Carruth, LLP, Fresno, CA, Joseph W. Cotchett, Esq., Barbara Lyons, Esq., Steven N. Williams, Esq., Cotchett Pitre Simon & McCarthy, Burlingame, CA, G. Kip Edwards, Esq., Kings Beach, CA, for Plaintiff–Appellee.

Richard P. Levy, Esq., Gibson Dunn & Crutcher, LLP, Los Angeles, CA, William C. Hahesy, Esq., Sagaser Franson & Jones, Fresno, CA, for Defendants and Appellant.

Before: RYMER, RAWLINSON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Gibson, Dunn & Crutcher LLP appeals a district court order requiring it to pay a $10,000 sanction to the court and $92,078.97 in costs to E & J Gallo Winery after a finding of bad faith and vexatious conduct relating to its extrajudicial interference with a third-party deposition. The sanctions payable to the district court are not immediately appealable. Therefore, we dismiss the appeal for lack of jurisdiction because there is no final order. *Stanley v. Woodford,* 449 F.3d 1060, 1065 (9th Cir.2006).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

